# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EMMANUEL C. UZOECHI | * | |
| v. | * | Civil No. CCB-19-448 |
| GREG L. COLLETT | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM

On February 14, 2019, Emmanuel C. Uzoechi ("Uzoechi") filed a complaint against Greg L. Collett, District Director of the Baltimore District Office, U.S. Citizenship and Immigration Services ("USCIS"), asking this court to grant his request for naturalization "based on the declaration of the United States Copyright Office." USCIS has filed a motion to dismiss or for summary judgment which has been fully briefed, with both sides attaching exhibits. For the reasons briefly explained below, the motion will be granted.

Uzoechi, a citizen of Nigeria, was admitted to the United States in 2011 on an F-1 student visa. ECF 7, Def.'s Mem., Ex. 1. He enrolled at Morgan State University and did well academically until his studies were disrupted by an arrest on February 24, 2015, on rape charges. Although these charges ultimately were dismissed, he was detained until August 27, 2015. ECF 11, Pl.'s Counter-reply, attachment. He sought and eventually obtained reinstatement at Morgan, from which he graduated in May 2016. *Id.* He also was granted post-completion optional practical training ("OPT") which gave him authorization to work through July 2018. His request to extend the employment authorization was denied. Def.'s Mem., Ex. 2.

On December 31, 2018, Uzoechi filed an N-400, Application for Naturalization, which was rejected for failure to pay the correct fee. *Id.*, Ex 3. His second application was rejected on

February 4, 2019 for failure to provide an alien registration number and the date he became a Lawful Permanent Resident. *Id.*, Ex. 4, 5. This suit followed.

First, it is not clear this court has subject matter jurisdiction. Ordinarily, if USCIS denies a Form N-400 application, the applicant may seek an administrative appeal by requesting a hearing. 8 U.S.C. § 1447(a); 8 C.F.R. § 336.2(a). If the administrative appeal is not successful, the applicant may seek review of the denial in United States District Court. 8 U.S.C. § 1421(c). Here, Uzoechi's application (N-400) was rejected, but not denied.

Uzoechi explains, however, that he does not have an alien registration number for a "green card" and has not been declared a Lawful Permanent Resident.[1] He seeks naturalization under the "other" category, relying on the fact that the U.S. Copyright Office declared him to be a U.S. citizen as part of the copyright registration for a book titled "The God of Joseph showed up for Emmanuel," which Uzoechi wrote about his experience of being wrongfully imprisoned. ECF 9, Pl.'s Opp'n, attachment.

Unfortunately for Uzoechi, the U.S. Copyright Office has no authority to declare him a U.S. citizen. Ordinarily, a person must first become and remain a lawful permanent resident for a specified period of time before being eligible to apply for naturalization. 8 U.S.C. § 1427(a). The "Other" categories are limited: residence or physical presence in any of the United States's outlying possessions, 8 U.S.C. § 1436; or qualifying military service, 8 U.S.C. § 1440.

To the extent Uzoechi attempt to rely on mandamus, 28 U.S.C. § 1361, to give this court jurisdiction, he fails to meet the requirements for such an order. *Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 433 (4th Cir. 2005).

---

[1] He does have an A-number on his Employment Authorization card, which has expired. Pl.'s Opp'n, attachment.

And, in summary, even assuming this court has jurisdiction, Uzoechi has not shown that he is entitled to apply for naturalization based on the Copyright Office's registration of his work. Accordingly, the government's motion must be granted.

A separate Order follows.

10/11/19
Date

/S/ CCB
Catherine C. Blake
United States District Judge